IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LISA A. DAVIS, BETTY J. GLIDWELL, SHERYL D. JONES, AND SALLY E. PALMER, § § § § <br><br> Plaintiffs, § § <br> v. § § <br> WYETH, DR. GEOFFREY JUBANG, DR. JAMES D. HALE, AND DR. GEORGE COLE, § § § § <br><br> Defendants. § | Civil Action No. 3:03-cv-02249-P |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**OCT 2 0 2003**
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## INDEX

Exhibit 1:   Echocardiogram Report

Exhibit 2:   Remand Orders from Numerous Jurisdictions

Exhibit 3:   Letters from physicians advising patients to get echocardiograms

Exhibit 4:   Order of Remand, *Hodge v. Wyeth*, No. C-02-271, U.S.D.C., S.D. Tex., Corpus Christi Div., July 3, 2002

Exhibit 5:   *In re Diet Drugs* Memorandum and PreTrial Order 2710

Exhibit 6:   Order of Remand, *Bice v. Wyeth-Ayerst Labs. Co.*, No. 2:02-CV-95, U.S.D.C., E.D. Tex., Marshall Div., July 22, 2002

Exhibit 7:   Media Reports

Exhibit 8:   Internal Documents of Wyeth Confirming Symptoms Developed as late as 6 years following discontinuation of fenfluramine use

Exhibit 9:   Order of Remand, *Bryant v. Wyeth et al.*, Cause No. 02-632-BH-M, U.S.D.C., S.D. Ala., Northern Div.

Exhibit 10:   Amended Class Action Complaint

Exhibit 11:   Memorandum of Understanding Concerning Settlement of Diet Drug Litigation

Exhibit 12:   *In re Diet Drugs* PreTrial Order 997, Conditionally Certifying Settlement Class, Preliminarily Approving the Settlement Agreement, Approving the Forms of Notice, and Scheduling the Fairness Hearing