IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 20 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| LISA A. DAVIS, BETTY J. GLIDWELL, SHERYL D. JONES, AND SALLY E. PALMER, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:03-CV-02249-P |
| WYETH, DR. GEOFFREY JUBANG, DR. JAMES D. HALE, AND DR. GEORGE COLE, | § § § § | |
| Defendants. | § § | |

## CERTIFICATE OF INTERESTED PARTIES

TO:   The United States District Court for the Northern District of Texas, Dallas Division:

Plaintiffs file this Certificate of Interested Persons in accordance with LR 3.1(f):

Lisa A. Davis
Betty J. Glidwell
Sheryl D. Jones
Sally E. Palmer
Wyeth
Dr. Geoffrey Jubang
Dr. James D. Hale
Dr. George Cole

Respectfully submitted,

*Rand P. Nolen by Permission Sr. Sr.*

Rand P. Nolen
Texas Bar No. 00788126
1330 Post Oak Boulevard, Suite 3030
Houston, Texas 77056
Telephone No.: (713) 621-7944
Fax No.: (713) 621-9638

COUNSEL FOR PLAINTIFFS

OF COUNSEL:

Scott A. Love
Texas Bar No. 24002495
George M. Fleming
Texas Bar No. 07123000
James L. Doyle
Texas Bar No. 06094450
G. Sean Jez
Texas Bar No. 007796829
Adam D. Peavy
Texas Bar No. 24029766
Jaime Rangel
Texas Bar No. 24033759
Diane E. Price
Texas Bar No. 24029777
FLEMING & ASSOCIATES, L.L.P.
1330 Post Oak Boulevard, Suite 3030
Houston, Texas 77056
Telephone No.:  (713) 621-7944
Fax No.:  (713) 621-9638

Mike O'Brien
Texas Bar No. 15170200
MIKE O'BRIEN, P.C.
1330 Post Oak Blvd., Suite 2960
Houston, Texas 77056
Telephone No.:  (713) 222-0088
Fax No.:  (713) 222-0888

Eric Nelson Roberson
Texas Bar No. 00792803
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd., Suite 900
Dallas, Texas 75219
Telephone:  (214) 219-9779
Fax No.:  (214) 520-8789

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Certificate of Interested Parties** has been served on all attorneys of record, as addressed below on the _____ day of October, 2003.

**Via Certified Mail, RRR**

Kenneth J. Ferguson
Leslie A. Benitez
Susan E. Burnett
David S. Lill
CLARK, THOMAS & WINTERS
P.O. Box 1148
Austin, TX 78767

William D. Sims, Jr.
Dale Markland
VINSON & ELKINS, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
**Counsel for Wyeth**

_____
Rand P. Nolen
